

**IT IS ORDERED**

**Date Entered on Docket: January 11, 2016**

_____

**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEW MEXICO

In re:

MICHAEL WAYNE CAMPBELL and
ALLISON WILDE CAMPBELL,

      Debtors.                                                  Case No. 14-11845-t7

_____

ANTHONY KEITH HEDLEY and
JENNIFER A. HEDLEY, husband and wife,
COCHISE LOT 1, LLC, COCHISE LOT 2,
LLC, Arizona limited liability companies,

      Plaintiffs,

   vs.                                                     Adversary No. 14-01107-t

MICHAEL WAYNE CAMPBELL and
ALLISON WILDE CAMPBELL, husband and
wife,

      Defendants.

                                                                                                        *1*

*Agreed Order Dismissing Proceeding*
*Without Prejudice*

# AGREED ORDER DISMISSING PROCEEDING
# WITHOUT PREJUDICE

**THIS MATTER** coming before the Court following the pretrial conference held on November 17, 2015, and the representation and agreement of the parties that they have settled the matters in dispute between them in this adversary proceeding on terms which may necessitate this proceeding being reopened in the future and an agreed form of judgment entered, as indicated by the approval hereof by the counsel for the parties, and the Court being otherwise sufficiently advised, finds that there is good cause for entry hereof,

**IT IS THEREFORE ORDERED** that this adversary proceeding is dismissed without prejudice to being reopened by Plaintiffs in the event of an uncured default by Defendants under the parties' Settlement Agreement.

### END OF ORDER ###

STIPULATED AND AGREED:

Burch & Cracciolo, P.A.

*/s/ Ralph D. Harris*
By: Ralph D. Harris
Co-Counsel for Plaintiffs
702 East Osborn Road
Phoenix, AZ 85014
(602) 234-9924
rharris@bcattorneys.com


*/s/ Clifford C. Gramer, Jr.*
Clifford C. Gramer, Jr.
Co-Counsel for Plaintiffs
3733 Eubank Boulevard NE
Albuquerque, NM 87111-3536
(505) 888-4500
(505) 291-0831 fax
cliffordgramerlaw@gmail.com

*/s/ Michael K. Daniels*
Michael K. Daniels
Attorney for Defendants
P. O. Box 1640
Albuquerque, NM 87103-1640
(505) 246-9385
(505) 246-9104 fax
mdaniels@nm.net